[No. 44575-1-II.   Division Two.   December 16, 2014.]

*In the Matter of the Detention of* CHARLES ROBINSON.

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-2-03026-5, Leila Mills, J., entered February 14, 2013. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Maxa and Lee, JJ.

[No. 44655-3-II.   Division Two.   December 16, 2014.]

LONNITA HASKINS, *Appellant*, v. MULTICARE HEALTH SYSTEM, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-2-13073-5, John R. Hickman, J., entered February 15, 2013. *Reversed* and *remanded* by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Melnick, JJ. Now published in part at 186 Wn. App. 11.

[No. 44771-1-II.   Division Two.   December 16, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. KIRK MICHAEL HERNANDEZ, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-1-00236-1, John F. Nichols, J., entered April 17, 2013. *Affirmed* by unpublished opinion per Lee, J., concurred in by Worswick and Sutton, JJ.

[No. 44778-9-II.   Division Two.   December 16, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. HENRY JORDAN BRADY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 11-1-00483-8, Steven B. Dixon, J., entered March 22, 2013. *Reversed* and *remanded* by unpublished opinion per Lee, J., concurred in by Worswick and Sutton, JJ.